IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF JEFFREY
LAWSON TO THE BAR OF
MARYLAND

\*

\*

\*

\*

\*

\*

\*

IN THE

COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 100

September Term, 2020

# O R D E R

Upon consideration of Jeffrey Lawson's Verified Petition for Reinstatement, and Bar Counsel's response to the petition, it is this 18th day of November 2022, by the Court of Appeals of Maryland,

ORDERED that the Verified Petition for Reinstatement of Jeffrey Lawson is, GRANTED, and it is further

ORDERED that upon taking, in open court, the oath prescribed by § 10-212 of the Business Occupations and Professions Article, Jeffrey Lawson will be reinstated as a member of the Bar of Maryland, and it is further

ORDERED that, following the taking of the oath, the Clerk of the Court shall replace the name of Jeffrey Lawson upon the register of attorneys entitled to practice law in this Court and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Matthew J. Fader
Chief Judge